DONNA HURST HEPBURN, Respondent, v DAVID HEPBURN, Appellant.

Submitted January 3, 2011; decided February 24, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.